Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Andrea M. Champion, Esq.
Nevada Bar No. 13461
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Defendant Allied Collection Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TITA C. VILLARUZ, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; ALLIED COLLECTION SERVICES, INC., AND NATIONSTAR MORTGAGE, LLC, <br><br> Defendants. | Case No. : 2:15-cv-01625-MMD-NJK <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT ALLIED COLLECTION SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |

Defendant Allied Collection Services, Inc. ("Allied") and Plaintiff, Tita C. Villaruz ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to **November 25, 2015,** for Allied to answer or otherwise plead in response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8223130_1

1  This is the first request for an extension by Allied, which seeks to further investigate the
2  factual allegations of the Complaint while the parties also discuss resolution of the case. No
3  additional requests for extensions are contemplated.

4  **IT IS SO STIPULATED**.

5  DATED this 12th day of November, 2015.      DATED this 12th  day of November, 2015.

7  By: /s/   *David H. Krieger*_____     By: /s/  Patrick J. Reilly_____
      David H. Krieger                                 Patrick J. Reilly, Esq.
8     Haines & Krieger, LLC                            Andrea M. Champion, Esq.
      8985 South Eastern Avenue, Suite 130             HOLLAND & HART LLP
9     Henderson, Nevada 89123                          9555 Hillwood Drive, Second Floor
                                                       Las Vegas, Nevada 89134
10    *Attorneys for Plaintiff*
                                                       *Attorneys for Defendant*
11                                                     *Allied Collection Services, Inc.*

12                                          **ORDER**

13                                   IT IS SO ORDERED.

15  Dated: November 12, 2015
                                     _____
16                                   UNITED  STATES  DISTRICT  or  MAGISTRATE
                                     JUDGE

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134