David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

Tita C. Villaruz,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, ALLIED COLLECTION SERVICES, INC., NATIONSTAR MORTGAGE, LLC,

    Defendants.

Case No. 2:15-cv-01625-MMD-NJK

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALLIED COLLECTION SERVICES, INC. ONLY**

  Plaintiff, Tita C. Villaruz, and Allied Collection Services Inc. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Allied Collection Services Inc**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: February 15, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Patrick J. Reilly, Esq.<br>Patrick J. Reilly, Esq.<br>Holland & Hart, LLP<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 2/17/16 _____